UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SUZANNE SCOTT and
FOX NEWS NETWORK, LLC,            Case No.

            *Movants*,            For an Action Pending in the United
v.                                                  States District Court, for the Southern
                                                    District of West Virginia; 2: 19-cv-00236
DON BLANKENSHIP,

            *Respondent.*
-------------------------------------------------------X

### NON-PARTY SUZANNE SCOTT'S NOTICE OF MOTION TO QUASH SUBPOENA AND FOX NEWS NETWORK, LLC'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 45, Non-Party Witness Suzanne Scott hereby moves to quash, and pursuant to Federal Rule of Civil Procedure 26 and 30, Fox News Network, LLC moves for a protective order with respect to a subpoena ("Subpoena") seeking deposition testimony and production of documents in New York, New York for a civil action captioned *Don Blankenship v. Fox News Network, LLC, et al*, No. 2:19-cv-00236 (S.D. of W. Va,). As discussed further in the attached memorandum of law in support of this motion, the Subpoena should be quashed, and a protective order should be entered because the Subpoena, which was served months after the close of fact discovery, seeks discovery that is not "necessary," is not relevant to resolve the issues in the litigation, and constitutes an undue burden.

Opposition, if any, shall be filed on October 22, 2021, by stipulation of the parties.

October 19, 2021                           Respectfully submitted,

                                                /s/ Shawn Patrick Regan
                                                Shawn Patrick Regan
                                                Silvia Ostrower
                                                HUNTON ANDREWS KURTH LLP
                                                200 Park Avenue
                                                New York, NY 10166

212-309-1000 *office*
212-309-1100 *fax*
sregan@HuntonAK.com
sostrower@HuntonAK.com

Elbert Lin (*to be admitted pro hac vice*)
David Parker (*to be admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
804-788-8200 *office*
804-788-8218 *fax*
elin@HuntonAK.com
dparker@HuntonAK.com

J. Zak Ritchie (*to be admitted pro hac vice*)
Ryan McCune Donovan (*to be admitted pro hac vice*)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
zritchie@hfdrlaw.com
rdonovan@hfdrlaw.com

*Counsel for Movants*
*Non-Party Witness Suzanne Scott*
*and Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I, Shawn Patrick Regan, counsel for Movants, hereby certify that on October 19, 2021, I caused a true and correct copy of the foregoing Notice of Motion to Quash and for Protective Order and the supporting papers to be served by email upon counsel for the Respondent:

Jeffrey S. Simpkins, Esq.
SIMPKINS LAW
102 E. 2nd Avenue
Williamson, WV 25661
Tel: (304) 235-2735
simpkinslawoffice@gmail.com

Eric P. Early, Esq.
Jeremy Gray, Esq.
Lisa Marie Zepeda, Esq.
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Tel: (323) 301-46660
Fax: (323) 301-4676
eearly@earlysullivan.com
jgray@earlysullivan.com
lzepeda@earlysullivan.com

/s/ Shawn Patrick Regan
Shawn Patrick Regan